NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SOLAR ENERGY INDUSTRIES ASSOCIATION, NEXTERA ENERGY, INC., INVENERGY RENEWABLES LLC, EDF RENEWABLES, INC.,**
*Plaintiffs-Appellees*

**v.**

**UNITED STATES, UNITED STATES CUSTOMS AND BORDER PROTECTION, CHRISTOPHER MAGNUS, Commissioner of U.S. Customs and Border Protection,**
*Defendants-Appellants*

---

2022-1392

---

Appeal from the United States Court of International Trade in No. 1:20-cv-03941-GSK, Judge Gary S. Katzmann.

---

**ON MOTION**

---

Before REYNA, *Circuit Judge*.

**O R D E R**

Appellants move for leave to file a reply brief that exceeds the word limit by 7,000 words. Appellees oppose any enlargement beyond 4,000 words.

Upon consideration thereof,

IT IS ORDERED THAT:

The stay is lifted (ECF No. 48) and the motion is granted to the extent that Appellants' reply brief, not to exceed 11,000 words, is due within 14 days of the date of filing of this order.

FOR THE COURT

October 3, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court