No. 2022-1392

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

SOLAR ENERGY INDUSTRIES ASSOCIATION, NEXTERA ENERGY, INC., INVENERGY RENEWABLES LLC, EDF RENEWABLES, INC.,
*Plaintiffs-Appellees*

v.

UNITED STATES, UNITED STATES CUSTOMS AND BORDER PROTECTION, CHRISTOPHER MAGNUS, Commissioner of U.S. Customs and Border Protection,
*Defendants-Appellants*

Appeal from the United States Court of International Trade in
No. 1:20-cv-03941-GSK, Judge Gary S. Katzmann

**CONSENT MOTION OF PLAINTIFFS-APPELLEES TO EXTEND TIME TO FILE PETITION FOR REHEARING EN BANC**

Pursuant to Federal Rule of Appellate Procedure 26 and Federal Circuit Rule 26(b), Plaintiffs-Appellees Solar Energy Industries Association, NextEra Energy, Inc., Invenergy Renewables LLC, and EDF Renewables, Inc. respectfully request that the Court grant them an extension of time of fourteen days in which to file a Petition for Rehearing En Banc. Because the panel issued the opinion and judgment in this appeal on November 13, 2023, the deadline to file the Petition for Rehearing En Banc is currently Thursday, December 28, 2023. Fed. R. App. P. 35(c), 40(a)(1) (petition for rehearing en banc due 45 days after entry of judgment when United

1

States is a party to the appeal). Extending the deadline by fourteen days would result in Plaintiffs-Appellees' Petition for Rehearing En Banc being due on Thursday, January 11, 2024. This is Plaintiffs-Appellees' first request for an extension of time for this Petition, and the government consents to the requested extension.

Good cause exists for the requested extension. Fed. R. App. P. 26(b) (authorizing the Court to "extend the time prescribed by these rules" for "good cause"); Fed. Cir. R. 26(b)(3) (providing that a request for an extension of 14 days or less need not be accompanied by an affidavit or sworn declaration of counsel). Counsel have significant additional client responsibilities and obligations that substantially interfere with their ability to file the Petition by Thursday, December 28, 2023 or immediately thereafter, including (1) filing a surreply in opposition to motion to transfer in *Chamber of Commerce of the United States of America, et al. v. NLRB, et al.*, No. 6:23-cv-00553 (E.D. Tex.) on Monday, December 18, 2023; (2) filing a reply brief in *GW Acquisition Co., LLC v. Pageland Limited Liability Company*, No. 23-1611 (4th Cir.) on Wednesday, December 20, 2023; (3) presenting oral argument in *Qatar Financial Centre v. First Abu Dhabi*, No. 160150/2020 (N.Y. Sup. Ct.) on Wednesday, December 20, 2023; (4) filing a motion to dismiss in *SEIU v. NLRB*, No. 23-1309 (D.C. Cir.) on Friday, December 22, 2023; and (5) filing an opening brief in *Capital Power Corporation v. Federal Energy Regulatory Commission*, No. 23-1134 (D.C. Cir.) on Friday, December 22, 2023. In addition,

undersigned counsel, their support staff, and Plaintiffs-Appellees' personnel have preexisting personal obligations related to the holidays, making it difficult to coordinate with each other and finalize the Petition by the current deadline. The requested extension would provide Plaintiffs-Appellees sufficient time to accomplish these tasks. Finally, the requested extension would not unreasonably delay the Court's consideration of the Petition.

On December 14, 2023, Joshua E. Kurland – counsel for Defendants-Appellants – represented that Defendants-Appellants consent to the requested extension. Thus, all parties consent to the requested extension.

For the foregoing reasons, Plaintiffs-Appellees respectfully request that the Court extend the time to file the Petition for Rehearing En Banc by fourteen days, up to and including January 11, 2024. Pursuant to Federal Rule of Appellate Procedure 41(b), this action would also extend by a commensurate period the time to issue the mandate.

Respectfully submitted,

John Brew
  jbrew@crowell.com
Amanda Shafer Berman
  aberman@crowell.com
Larry F. Eisenstat
  leisenstat@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004-2595
(202) 688-3451

/s/ *Matthew R. Nicely*
Matthew R. Nicely
  mnicely@akingump.com
James E. Tysse
  jtysse@akingump.com
Daniel M. Witkowski
  dwitkowski@akingump.com
Devin S. Sikes
  dsikes@akingump.com

*Counsel to Plaintiff-Appellee Invenergy Renewables LLC*

Christine M. Streatfeild
   Christine.streatfeild@bakermckenzie.com
BAKER & MCKENZIE LLP
815 Connecticut Ave, NW
Washington, DC 20006
(202) 835-6111
*Counsel to Plaintiff-Appellee EDF Renewables, Inc.*

AKIN GUMP STRAUSS HAUER &
   FELD LLP
2001 K Street, N.W.
Washington, DC 20006
(202) 887-4000
*Counsel to Plaintiffs-Appellees Solar Energy Industries Association and NextEra Energy, Inc.*

December 18, 2023

FORM 9. Certificate of Interest                                                    Form 9 (p. 1)
                                                                                   March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### CERTIFICATE OF INTEREST

**Case Number** 22-1392

**Short Case Caption** Solar Energy Industries Association v. US

**Filing Party/Entity** Solar Energy Industries Association; NextEra Energy, Inc.

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes.  Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 12/18/2023              Signature: /s/ Matthew R. Nicely

                              Name:      Matthew R. Nicely

FORM 9. Certificate of Interest　　　　　　　　　　　　　　　　　　　　　　　　Form 9 (p. 2)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☑ None/Not Applicable |
| Solar Energy Industries Association | | |
| NextEra Energy, Inc. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐　Additional pages attached

FORM 9. Certificate of Interest                                           Form 9 (p. 3)
                                                                          March 2023

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☑ None/Not Applicable    ☐ Additional pages attached

|  |  |  |
|--|--|--|
|  |  |  |
|  |  |  |
|  |  |  |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below)   ☐ No   ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable    ☐ Additional pages attached

|  |  |  |
|--|--|--|
|  |  |  |
|  |  |  |

FORM 9. Certificate of Interest Form 9 (p. 1)
 March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 22-1392

**Short Case Caption** Solar Energy Industries Association v. US

**Filing Party/Entity** Invenergy Renewables LLC

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 12/18/2023 Signature: /s/ Amanda Shafer Berman

 Name: Amanda Shafer Berman

FORM 9. Certificate of Interest                                          Form 9 (p. 2)
                                                                         March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Invenergy Renewables LLC | | Invenergy Renewables Holdings LLC, Invenergy IRH Holdings LLC, IIC Renewables Holdings LLC, and Invenergy Investment Company LLC |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

☐  Additional pages attached

FORM 9. Certificate of Interest                                      Form 9 (p. 3)
                                                                     March 2023

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☑ None/Not Applicable    ☐ Additional pages attached

|  |  |  |
|--|--|--|
|  |  |  |
|  |  |  |
|  |  |  |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below)    ☐ No    ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable    ☐ Additional pages attached

|  |  |  |
|--|--|--|
|  |  |  |
|  |  |  |

FORM 9. Certificate of Interest                                            Form 9 (p. 1)
                                                                           March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 22-1392

**Short Case Caption** Solar Energy Industries Association v. US

**Filing Party/Entity** EDF Renewables, Inc.

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 12/18/2023                  Signature: /s/ Christine M. Streatfeild

                                  Name: Christine M. Streatfeild

FORM 9. Certificate of Interest                                     Form 9 (p. 2)
                                                                    March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.  ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.  ☐ None/Not Applicable |
| EDF Renewables, Inc. | | EDF S.A. is the parent company and has a greater than 10% ownership interest. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐   Additional pages attached

FORM 9. Certificate of Interest                                          Form 9 (p. 3)
                                                                          March 2023

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable       ☐ Additional pages attached

| Kevin M. O'Brien (Baker & McKenzie LLP) | | |
|---|---|---|
| | | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below)   ☐ No   ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable       ☐ Additional pages attached

| | | |
|---|---|---|
| | | |

# CERTIFICATE OF COMPLIANCE

I hereby certify that this motion (i) was prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman type style, and (ii) contains 498 words. It therefore complies with Federal Rule of Appellate Procedure 27(d) and Federal Circuit Rule 27(a).

December 18, 2023                              /s/ Matthew R. Nicely
                                                              Matthew R. Nicely

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court of the United States Court of the Federal Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the CM/ECF system.

December 18, 2023　　　　　　　　　　　　　*/s/ Matthew R. Nicely*
　　　　　　　　　　　　　　　　　　　　　　Matthew R. Nicely