

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

January 19, 2024

Joshua E. Kurland
United States Department of Justice
Commercial Litigation Branch, Civil Division
PO Box 480
Ben Franklin Station
Washington, DC 20044

Re: **Solar Energy Industries Association v. US**
    **Appeal No. 22-1392**

Dear Counsel:

The court invites a response from Appellants to the petition for rehearing en banc filed by the Appellees in the above-captioned appeal.

Please file the response in accordance with Federal Circuit Rule 35 on or before February 2, 2024.

Very truly yours,

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court
By: M. Hull, Deputy Clerk

cc: Matthew R. Nicely