NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SOLAR ENERGY INDUSTRIES ASSOCIATION, NEXTERA ENERGY, INC., INVENERGY RENEWABLES LLC, EDF RENEWABLES, INC.,**
*Plaintiffs-Appellees*

v.

**UNITED STATES, UNITED STATES CUSTOMS AND BORDER PROTECTION, TROY MILLER, ACTING COMMISSIONER FOR U.S. CUSTOMS AND BORDER PROTECTION,**
*Defendants-Appellants*

---

2022-1392

---

Appeal from the United States Court of International Trade in No. 1:20-cv-03941-GSK, Judge Gary S. Katzmann.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

The United States, United States Customs and Border Protection, and Troy Miller move unopposed for a fourteen-day

extension of time until February 16, 2024, by which to file a response to the petition for rehearing en banc.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

January 26, 2024
Date

Jarrett B. Perlow
Clerk of Court