NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

___

**SOLAR ENERGY INDUSTRIES ASSOCIATION, NEXTERA ENERGY, INC., INVENERGY RENEWABLES LLC, EDF RENEWABLES, INC.,**
*Plaintiffs-Appellees*

v.

**UNITED STATES, UNITED STATES CUSTOMS AND BORDER PROTECTION, TROY MILLER, ACTING COMMISSIONER FOR U.S. CUSTOMS AND BORDER PROTECTION,**
*Defendants-Appellants*

___

2022-1392

___

Appeal from the United States Court of International Trade in No. 1:20-cv-03941-GSK, Judge Gary S. Katzmann.

___

**ON PETITION FOR REHEARING EN BANC**

___

Before MOORE, *Chief Judge*, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, CUNNINGHAM, and STARK, *Circuit Judges*.[1]

___

[1] Circuit Judge Newman did not participate.

Per Curiam.

**O R D E R**

Solar Energy Industries Association, NextEra Energy, Inc., Invenergy Renewables LLC, and EDF Renewables, Inc. ("Petitioners") filed a petition for rehearing en banc. A response was invited by the court and filed by Troy Miller, United States Customs and Border Protection, and the United States. Petitioners requested leave to file a reply, which the court granted.

The Cato Institute requested leave to file a brief as amicus curiae, which the court granted.

The petition was first referred as a petition to the panel that heard the appeal, and thereafter the petition was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

It Is Ordered That:

(1) The petition for panel rehearing is granted to the extent set out in a separate order issued by the panel.

(2) The petition for rehearing en banc is denied.

For the Court

August 13, 2024
Date

Jarrett B. Perlow
Clerk of Court