NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SOLAR ENERGY INDUSTRIES ASSOCIATION, NEXTERA ENERGY, INC., INVENERGY RENEWABLES LLC, EDF RENEWABLES, INC.,**
*Plaintiffs-Appellees*

v.

**UNITED STATES, UNITED STATES CUSTOMS AND BORDER PROTECTION, TROY MILLER, ACTING COMMISSIONER FOR U.S. CUSTOMS AND BORDER PROTECTION,**
*Defendants-Appellants*

---

2022-1392

---

Appeal from the United States Court of International Trade in No. 1:20-cv-03941-GSK, Judge Gary S. Katzmann.

---

**ON PETITION FOR PANEL REHEARING**

---

Before LOURIE, TARANTO, and STARK, *Circuit Judges*.

PER CURIAM.

**ORDER**

Plaintiffs-appellees filed a petition for en banc rehearing of the court's November 13, 2023 decision ("Original Opinion"). The petition and corresponding response, reply, and amicus brief were first referred to the panel pursuant to the court's Internal Operating Procedure 14.2.a, as the petition is presumed to request relief that the panel could grant.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The petition for panel rehearing is granted to the limited extent that the panel supplements the Original Opinion with the additional reasoning set out in the Supplemental Opinion that is issued concurrently with this order.

(2) Any party may file a petition for rehearing of the Supplemental Opinion within 45 days from the date of entry of the Supplemental Opinion.

(3) The mandate will issue 7 days after no timely petition is filed or 7 days after denial of all timely filed petitions.

FOR THE COURT

August 13, 2024
Date

Jarrett B. Perlow
Clerk of Court